IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>CHRISTOPHER FELICIANO-RIVERA<br>Defendant | CRIMINAL 16-0449CCC<br>(consolidated with<br>Cr. 16-0456CCC) |

## ORDER

Having considered the Report and Recommendation filed on June 3, 2017 (**d.e. 36**) on a Rule 11 proceeding of defendant Christopher Feliciano-Rivera before U.S. Magistrate-Judge Bruce J. McGiverin on May 11, 2017, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 11, 2017.  The **sentencing hearing is set for AUGUST 11, 2017 at 4:30 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g).  The party that raised the

CRIMINAL 16-0449CCC 2
(consolidated with Cr. 16-0456CCC)

unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

    SO ORDERED.

    At San Juan, Puerto Rico, on July 19, 2017.


                      S/CARMEN CONSUELO CEREZO
                      United States District Judge